IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WAYNE LABRANCH,

    Petitioner,                      No. CIV S-00-1849 GEB JFM P

  vs.

CAL A. TERHUNE, et al.,

    Respondents.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 30, 2005 denial of his application for a writ of habeas corpus together with a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

1

showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

For the reasons set forth in the magistrate judge's February 15, 2005 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's April 18, 2005 request for a certificate of appealability is denied; and

2.  The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  June 9, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge